IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID MARK BROWN,

    Plaintiff,

vs.                                        CASE NO.: 4:05cv108-SPM/AK

TALLAHASSEE POLICE DEPT., et al.,

    Defendants.

_____/

## **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation dated May 16, 2005 (doc. 8). Plaintiff has been furnished a copy of the report and recommendation and has filed objections (doc. 9).

In his objections, Plaintiff does not contest the Magistrate Judge's finding that Plaintiff's claims for "violation of civil rights to impress white female officers . . . religious discrimination, dereliction of duty to check property identity . . . , and violation of reasonable accommodations" are frivolous and do not raise valid constitutional claims. Instead, Plaintiff argues that his complaint states a valid claim for unlawful search and seizure by alleging that an officer placed his hands in Plaintiff's pockets. A review of the complaint shows that it does contain an

allegation that one officer "did all the going through the pockets . . . ." Doc. 1 at p. 5. The allegation, however, falls far short of stating a claim for violation of Plaintiff's right to be free from unreasonable search and seizure, particularly since the allegation is buried among other matters and Plaintiff did not include this claim when he identified his claims on page 8 of his complaint. Accordingly, the Court finds that the Magistrate Judge did not err in failing to consider any claim Plaintiff attempted to raise concerning a search inside his pockets.

The remainder of Plaintiff's objections concern a fantastical holy prophesy, dissatisfaction with the Court's screening of Plaintiff's complaint under 28 U.S.C. § 1915(e)(2), and use of Plaintiff's street address, which Plaintiff provided to the Court in his financial affidavit (doc. 3) and which is on record because Plaintiff has filed other cases in the Northern District of Florida. These objections do not warrant any discussion.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.      This case is dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). The dismissal is without prejudice to Plaintiff's opportunity to bring a new case concerning the

search inside his pockets.

     DONE AND ORDERED this 13th day of June, 2005.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge

CASE NO.: 4:05cv108-SPM/AK